IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TERRENCE SMITH,

    Plaintiff,

v.      CASE NO. CV412-051

DETECTIVE KHAALIS, individually and in his official capacity; JUDGE WILLIE YANCEY, individually and in his official capacity; ASSISTANT D.A. BROWN, individually and in his official capacity; JUDGE PERRY BRANNEN, individually and in his official capacity; and NATHAN AKPOLO, individually and in his official capacity;

    Defendants.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of May 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA